CARTER, PUBLIC VEHICLE LICENSE COMMIS-
SIONER OF CHICAGO v. MILLER

No. 76–1171. Argued November 29–30, 1977—Decided January 17, 1978

*William R. Quinlan* argued the cause for petitioner. With him on the briefs were *Daniel Pascale* and *Robert Retke.*

*Robert Masur* argued the cause for respondent. With him on the briefs were *Alan Freedman, Howard Eglit,* and *David Goldberger.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.

---

*Briefs of *amici curiae* urging affirmance were filed by *William B. Spann, Jr.,* and *Robert B. McKay* for the American Bar Assn.; and by *James R. Madison* and *Norman C. Hile* for the San Francisco Lawyers' Committee for Urban Affairs.